UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

ROBERT JONES,                                    :
                                                 :         Civ. No. 15-6359 (RBK) (KMW)
                        Plaintiff,               :
                                                 :
        v.                                       :         **OPINION**
                                                 :
UNITED STATES,                                   :
                                                 :
                        Defendant.               :
_____          :

**ROBERT B. KUGLER, U.S.D.J.**

        Plaintiff is currently incarcerated at F.C.I. Fort Dix in Fort Dix, New Jersey. He is

proceeding *pro se* with his civil complaint. The Clerk will not file a civil complaint unless the

person seeking relief pays the entire applicable filing fee in advance or the person applies for and

is granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. *See* L.Civ.R. 5.1(f). The filing

fee for a civil complaint is $400.00. If a prisoner-plaintiff is proceeding *in forma pauperis*, the

fee is $350.00, subject to being paid in instalments as described below. The Clerk has received

the complaint, but it will not be filed unless and until the plaintiff has either paid the full filing

fee or been granted *in forma pauperis* status.

        A prisoner who seeks to bring a civil action *in forma pauperis* must submit an affidavit,

including a statement of all assets, which states that the prisoner is unable to pay the applicable

filing fee. *See* 28 U.S.C. § 1915(a)(1). The prisoner must also submit a certified copy of his

inmate trust fund account statement for the six-month period immediately preceding the filing of

his complaint. *See id.* § 1915(a)(2). The prisoner must obtain this statement from the appropriate

official of each prison at which he was or is confined. *See id.*; *see also* L.Civ.R. 81.2(b)

("Whenever a Federal, State, or local prisoner submits a civil rights complaint . . . the prisoner

shall also submit an affidavit setting forth information which establishes that the prisoner is

unable to pay the fees and costs of the proceedings and shall further submit a certification signed

by an authorized officer of the institution certifying (1) the amount presently on deposit in the

prisoner's prison account and, (2) the greatest amount on deposit in the prisoner's prison account

during the six-month period prior to the date of the certification.").

Even if a prisoner is granted *in forma pauperis* status, he must pay the full amount of the

filing fee of $350.00. *See* 28 U.S.C. § 1915(b)(1). In each month that the amount in the

prisoner's account exceeds $10.00, the agency having custody of the prisoner shall assess, deduct

from the prisoner's account, and forward to the Clerk of the Court, payment equal to 20 % of the

preceding month's income credited to the prisoner's account. *See id.* § 1915(b)(2). The

deductions will continue until the $350.00 filing fee is paid.

Even if the necessary fees are paid and the complaint is accepted for filing, the Court may

nevertheless immediately dismiss the case. The Court must review the complaint and dismiss it if

it finds that the action is:  (1) frivolous or malicious; (2) fails to state a claim upon which relief

may be granted; or (3) seeks monetary relief against a defendant who is immune from such

relief. *See id.* § 1915(e)(2)(B); *see also id.* § 1915A(b).

If the plaintiff has, on three or more prior occasions while incarcerated, brought an action

or appeal in a court that was dismissed on any of the grounds listed above, he cannot bring

another action *in forma pauperis* unless he is in imminent danger of serious physical injury. *See*

*id.* § 1915(g).

In this case, plaintiff has neither paid the $400.00 filing fee nor has he submitted a complete application to proceed *in forma pauperis*. Therefore, the Clerk will be ordered to administratively close the case. Plaintiff may reopen this action, however, by either paying the filing fee or submitting a complete *in forma pauperis* application.


DATED:  September 2, 2015

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
