**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

_____

ROBERT JONES,                                           :
                                                        :
                      Plaintiff,                        :          Civ. No. 15-6359 (RBK) (KMW)
                                                        :
          v.                                            :
                                                        :
UNITED STATES,                                          :          **MEMORANDUM AND ORDER**
                                                        :
                      Defendant.                        :
_____ :

          Presently pending before this Court is plaintiff's application for an extension of time in

which to file a proposed second amended complaint. (*See* Dkt. No. 33) Good cause being shown,

plaintiff's request will be granted. Plaintiff has requested until December 11, 2016 in which to

file his proposed second amended complaint. However, as December 11, 2016 is a Sunday,

plaintiff shall be given until December 12, 2016.

          Accordingly, IT IS this   5th   day of October, 2016,

          ORDERED that plaintiff's application for an extension of time in which to file a

proposed second amended complaint (Dkt. No. 33) is granted; and it is further

          ORDERED that plaintiff may file his proposed second amended complaint on or before

December 12, 2016, and it is further

          ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.


                                                        s/Robert B. Kugler
                                                        ROBERT B. KUGLER
                                                        United States District Judge